### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**LISA DODSON JONES**                                     **PLAINTIFF**

**v.**                               **CIVIL ACTION NO. 3:18-cv-145-RP**

**MERCHANTS & FARMERS BANK OF**
**HOLLY SPRINGS, MISSISSIPPI, et al.**                     **DEFENDANTS**

### <u>ORDER</u>

On November 1, 2018, Plaintiff in this case filed her Second Amended Complaint after the Court granted her motion to amend. Docket 33. The filing of the Second Amended Complaint moots Defendants' previously filed Motion to Dismiss. Docket 10. Given this procedural posture, the Court dismisses Defendants' Motion to Dismiss without prejudice as moot.

**SO ORDERED**, this the 2nd day of November, 2018.

/s/ Roy Percy
**UNITED STATES MAGISTRATE JUDGE**